LEONE MANAGEMENT CORP. *ET AL.*, PLAINTIFFS-APPEL-LANTS, v. BOARD OF COMMISSIONERS OF THE TOWN OF WEST NEW YORK *ET AL.*, DEFENDANTS-RESPON-DENTS.

LEONE MANAGEMENT CORP. *ET AL.*, PLAINTIFFS-APPEL-LANTS, v. BOARD OF COMMISSIONERS OF THE TOWN-SHIP OF NORTH BERGEN *ET AL.*, DEFENDANTS-RE-SPONDENTS.

SAMO HOLDING CORP., PLAINTIFF-APPELLANT, v. MAYOR AND BOARD OF COMMISSIONERS OF THE TOWNSHIP OF NORTH BERGEN, DEFENDANTS-RESPONDENTS.

JUSTIN C. HARRIS *ET AL.*, PLAINTIFFS-APPELLANTS, v. MAYOR AND BOARD OF COMMISSIONERS OF THE TOWNSHIP OF NORTH BERGEN, DEFENDANTS-RE-SPONDENTS.

BELFER REALTY ASSOCIATES, ETC., PLAINTIFF-APPEL-LANT, v. MAYOR AND BOARD OF COMMISSIONERS OF THE TOWNSHIP OF NORTH BERGEN, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued September 14, 1976—Decided October 15, 1976.

Before Judges LORA, CRANE and MICHELS.

*Mr. Laurence B. Orloff* argued the cause for appellants Leone Management Corp., et al, (*Messrs. Orloff, Lowenbach, Stifelman* and *Siegel,* attorneys).

*Mr. Sheppard A. Guryan* argued the cause for appellants Justin C. Harris *et al,* and Samo Holding Corp. (*Messrs. Lasser, Lasser, Sarokin* and *Hochman,* attorneys).

*Mr. Robert Feldman* argued the cause for appellants Belfer Realty Associates, etc. (*Messrs. Wolfberg, Elgart, Schwartz, Van Sickle* and *Feldman,* attorneys).

*Mr. Leon S. Wolk* argued the cause for respondents Mayor and Board of Commissioners of the Township of North Bergen. et al.

PER CURIAM. A stipulation of dismissal of appeal in the consolidated cases involving the Town of West New York having been filed with the clerk of the court, said cases are no longer a part of this appeal.

We affirm the judgment of the Law Division substantially for the reasons expressed in the written opinion of Judge Larner published in 130 *N. J. Super.* 569 (Law Div. 1974), in his oral opinions of April 14, 1975 and May 14, 1975, and in his letter opinion of May 7, 1975. Additionally, reference is made to *Hutton Pk. Gardens v. West Orange Town Council,* 68 *N. J.* 543 (1975); *Brunetti v. New Milford,* 68 *N. J.* 576 (1975), and *Troy Hills Village v. Parsippany-Troy Hills Tp. Council,* 68 *N. J.* 604 (1975), decided December 11, 1975 and which are dispositive of several of the issues raised on this appeal.